UNITED STATES DISTRICT COURT
for the Southern District of Mississippi
Western Division

Frederick Banks; United States ex rel Frederick Banks,
    Plaintiffs

Lt. Williams, SIS; Lt. Henderson, SIA
SHU Lt. Hutchings, FCC
Yazoo City SHU (low); Correctional
Officer McCain; Barack Obama, President;
Bennie Thompson, Congressman; Senator
Thad Cochran; Senator Roger Wicker;
Ted Turner; Cable News Network (CNN);
Fox News Network; CSNBC; Yazoo City
News; New York Times; Harley Lappin;
Federal Bureau of Prisons; United States
of America; Bruce Pearson; Keith Everette;
Washington Post; Pittsburgh Post Gazette; USA
Today; Los Angeles Times; Walmart; 2225
Haley Barbour Parkway,
    Defendants.

5:10cv41-DCB/MTP
Civil Action No.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 25 2010
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Jury Trial Demanded

Notice of Lis Pendens

## Complaint

Plaintiff Frederick Banks ("Banks") alleges and represents for his Complaint as follows:

1. During February through March 2010 Defendants engaged in a massive conspiracy to violate Plaintiff's right to practice his Pagan religion while confined in federal prison and the SHU. This Court has diversity jurisdiction because Banks is a Pennsylvania citizen and the Defendants are citizens of Mississippi, New York, Georgia, California, Illinois, ~~Atlanta~~, ~~Philadelphia~~, ~~Los Angeles~~ Washington DC and various other states.

2. What happened is this: Banks requested that Defendants captioned above provide him with a visitor for Wicca and Thelema. After 3 years Defendants never provided a visitor Banks contacted a Wiccan High Priest who called the Defendants. The very next day Defendants scheduled a Wicca priestess to visit Banks and the Wicca group on April 6, 2010. ~~In~~ The meantime Defendants returned 6 donated Wicca religious CDs to the High Priestess sender yet claimed in a letter response to Banks that these CDs (including The Smiths, Lush, My Bloody Valentine, the

①

Sundays - Blind etc.) were never returned. A Morrissey CD called "Viva Hate" was also returned. So defendants lied and to date the CDs though they were resent to Yazoo City FCC again after they were returned they were never provided to Banks or the Wicca Group. On 3/21/10 while Banks was literally practicing his religion in the chapel he was unreasonably seized out of the chapel and unreasonably seized into the SHU by defendants simply because he was exercising his rights to practice Wicca and Thelema in violation of the First Amendment Free Exercise Clause and the Establishment Clause and the Fourth Amendment.

3. SIS investigators Lt. Williams and Lt. Henderson (The "Secret Investigative Squirrels") failed to provide Banks with the purpose of the investigation or the scope as they wanted to keep him in unlawful confinement pursuant to the agreement and contract they had and that each defendant had together to violate Banks constitutional right to practice his religion and under the Establishment Clause under the First Amendment because of his class based status as a Lakota Sioux Native American, an African American, a Moor, and an Italian American with an Egyptian heritage. These Secret Investigative Squirrels purposely prevented Banks and conspired to personally prevent Banks from not only practicing his religion but also from attending the April 6, 2010 ceremony with the visiting High Priestess at the chapel. More Christians on a literal witch hunt and Banks was their target in violation of 42 USC § 1985, 42 USC § 1983, 42 USC § 1981 and the Equal Protection Clause and the Due Process Clauses contained in the Fifth Amendment.

4. Banks was discriminated against because of his Wicca and Thelema religions, because he was a pagan, because he was an American Indian, because he is an African American, because he is an Italian American and because he is an Egyptian American. This discrimination was purposeful rather than incidental and since Banks was treated differently from

②

above all the white Christians and Muslims defendants created a class of one as to him. Indeed even other white Wiccans were allowed to attend the April 6 service but Banks was not! Slashing the Constitution into shreds and flushing it down the toilet defendants uncharismatically as vile and disgraceful Evil villains galloped on their high horses into their opulent sunset while excrementing their dirty and unlawful unconstitutional activities in Banks' lap in cell 23 in the SHu while collecting paychecks from the United States for violating these rights in violation of their oaths of office and 18 USC § 4042 and duties. Thus they violated the False Claims Act pursuant to Title 31 of the US Code. The game is up these defendants are liable because their conduct was willful, intentional, knowing, intelligent, purposeful, malicious and insanely idiotic. Banks was unlawfully arrested without probable cause and unlawfully confined.

5. On 3/23/10 at Yazoo City City a federal prison in Mississippi CO McCain failed to provide me with envelopes to contact the Wicca High priest or any court and Pope Benedict to inform them of the situation. As such he committed Abuse of process and acted Negligently when McCain breached the duty of due care he owed to Banks pursuant to 18 USC § 4042, as an aproximate result Banks was damaged in the amount of $500,000,000.00 (five Hundred million dollars)

6. Lt. Hutchings failed to make rounds for 3 days and beyond so I could procure envelopes and inquire as to why I am being held in the SHu in unlawful confinement in violation of the Due process clause. Lt. Hutchings, SHu supervisor breached the duty of due care he owed to Banks pursuant to 18 USC § 4042. As an approximate result Banks was damaged in the amount of $500,000,000.00 (five Hundred million dollars) for his Negligence. From 3/21/10 - 3/23/10 and beyond Hutchings failed to show his face to address Banks' issues.

7. Therefore Banks demands damages against defendants in the amount of 2 billion dollars plus punative damages in the amount of

③

6 billion totaling 8 billion dollars plus costs interest and fees. Banks request that a lien be placed on 2225 Haley Barbour Parkway Yazoo City, MS 39194 along with all of Defendants personal property, past present and future income in this Notice of Lis Pendens. FCC Yazoo City (the building) and its contents should be forfeited along with the land to Banks in the most expedient, effective and complete manner. Because the SIS played games a Grand Jury should be empaneled to hear my evidence. Pursuant to 18 USC § 3332 or the common law conspiracy against rights in violation of title 18. Wherefore, the Plaintiff Frederick Banks respectfully demands that Judgment be entered against Defendants and for Plaintiff in the amount of 8 billion dollars plus cost interest fees, all other requested relief along with Declaratory relief ending the recurring violations that have no end in site.

Respectfully Submitted,

Frederick Banks
#05711-068, 5Hu-C23
PO Box 5000
Yazoo City, MS 39194

PLAINTIFF

If the Court denies Banks IFP motion he requests that the court also forward a copy of that order to

Sophia Huntzis
Deliangianni 9
Chalkis Evoia 34100
Kanithos
Greece Europe

So that arrangements can be made for the filing fee to be paid.

Frederick Banks



JACKSON MS 390
24 MAR 2010 PM 3 L

RECEIVED
MAR 25 2010
Clerk U.S. District Court
Southern District

Frederick Banks
#05711-068, Ste C-23
Federal Correctional Complex
PO Box 5000
Yazoo City, MS 39194

J.T. Noblin, Clerk
United States District Court
245 E. Capitol
Jackson, MS 39106

Special Mail
Sent: 3/23/10